# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOOKER SCC, LLC; BOSSIER
SCC, LLC; BRADFORD SCC, LLC;
COLONIAL SCC, LLC; RUSTON
SCC, LLC; NORMANDIE SCC,
LLC; SHREVEPORT SCC, LLC;
AND SPRINGLAKE SCC, LLC

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

NO.   2022 CW 0707

**AUGUST 29, 2022**

---

In Re:   Louisiana   Department   of   Health,   applying   for
         supervisory   writs,   19th   Judicial   District   Court,
         Parish of East Baton Rouge, No. 713601.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              JMM
                              PMc
                              GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT